184 F.2d 668
 50-2 USTC P 9484
 Elwin S. BENTLEY, E. Merritt Ashworth, Leroy P. Brownell,
Petitoners-Appellants,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.
 Nos. 43-45, Docket 21715-21717.
 United States Court of Appeals Second Circuit.
 Argued Oct. 11, 1950.
Decided Oct. 31, 1950.
 
 Howe P. Cochran, Washington, D.C., for petitioners-appellants.
 Helen L. Ashworth, pro se.
 Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack and Harry Baum, Special Assts. to the Atty. Gen., for the respondent, Commissioner of Internal Revenue; Carlton Fox, Washington, D.C., Counsel.
 Before AUGUSTUS N. HAND, CHASE and FRANK, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on opinion of the Tax Court, 14 T.C. 228.